BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**KATHERINE C. DE VILLIERS**
Katie.de.Villiers@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THREE (3) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN PORTLAND, OREGON AND LAKE OSWEGO, OREGON, WITHIN THE STATE AND DISTRICT OF OREGON, WITH BUILDINGS APPURTENANCES AND IMPROVEMENTS, *in rem*,<br><br>　　　　Defendants. | Case No.  3:18-cv-01589-MA<br><br>AMENDED COMPLAINT<br>*IN REM* FOR FORFEITURE |

This complaint *in rem* for forfeiture has been amended to supplement an incomplete legal description of the real property located at 3826 SE 50th, Portland, Oregon. All other aspects of the previously filed Complaint and Declaration of Special Agent Cameron Wall in support of the Complaint (ECF No. 1 and ECF No. 1-1), remain the same.

**Amended Complaint** *in rem* **for Forfeiture**　　　　　　　　　　　　　　　　　　　　　　　　Page 1

Plaintiff, United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Katherine C. de Villiers, Assistant United States Attorney, for its Amended Complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 21 U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

II.

Defendants, *in rem*, consist of three (3) pieces of real property further described as:

a. **19 Monticello Drive, Lake Oswego, Oregon:** more particularly described as 1237 Mountain Park #2 LT 19, BLK 1. It is located within the city of Lake Oswego, county of Clackamas, state of Oregon;

b. **5635 and 5639 SE 84th Avenue, Portland, Oregon:** more particularly described as Evelyn, Block 4, Lot 6. It is located within the city of Portland, county of Multnomah, state of Oregon. The two street addresses make up a duplex unit and are connected and therefore have the same legal property description; and

c. **3826 SE 50th Avenue, Portland, Oregon:** more particularly described as:

PARCEL I:

PART OF BLOCK "A", WASHINGTON ADDITION TO EAST PORTLAND, NOW IN THE CITY OF PORTLAND, COUNTY OF MULTNOMAH AND STATE OF OREGON, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE EAST LINE OF S.E. 50TH AVENUE (AS ESTABLISHED BY CITY ORDINANCE NO. 48805) WITH THE NORTH LINE OF BLOCK "A", WASHINGTON ADDITION TO EAST PORTLAND, IN SECTION 7, TOWNSHIP 1 SOUTH, RANGE 2 EAST OF THE WILLAMETTE MERIDIAN; THENCE EAST ON THE NORTH LINE OF SAID BLOCK "A", 78.47 FEET TO A POINT 85.00 FEET WEST OF THE WEST LINE OF S.E. 51ST AVENUE (AS ESTABLISHED BY SAID ORDINANCE NO. 48805); THENCE SOUTH PARALLEL TO SAID WEST LINE OF S.E. 51ST AVENUE 95.00 FEET, THENCE WEST PARALLEL TO SAID NORTH LINE OF BLOCK "A", 89.42 FEET TO THE EAST LINE OF SAID S.E. 50TH AVENUE; THENCE NORTHERLY ON THE SAID EAST

LINE OF S.E. 50TH AVENUE 95.59 FEET TO THE PLACE OF BEGINNING.

EXCEPTING ANY PART THEREOF LYING WESTERLY OF THE EASTERLY RIGHT OF WAY LINE OF S.E. 50TH AVENUE.

PARCEL II:

THE SOUTH 5 FEET OF THE WEST 89.42 FEET OF THE EAST ONE-HALF OF LOT A, WASHINGTON ADDITION TO EAST PORTLAND, IN THE CITY OF PORTLAND, COUNTY OF MULTNOMAH AND STATE OF OREGON.

EXCEPTING ANY PART THEREOF LYING WESTERLY OF THE EASTERLY RIGHT OF WAY LINE OF S.E. 50TH AVENUE.

PARCEL III:

THE SOUTH 5 FEET OF THE EAST ONE-HALF OF LOT A, WASHINGTON ADDITION TO EAST PORTLAND, IN THE CITY OF PORTLAND, COUNTY OF MULTNOMAH AND STATE OF OREGON, EXCEPTING THEREFROM THE WEST 89.42 FEET AND EXCEPTING THEREFROM THE EAST 110 FEET.

Tax ID : R298289

(hereinafter, DEFENDANT REAL PROPERTIES).

DEFENDANT REAL PROPERTIES are in the District of Oregon, and are now and during the pendency of this action will be within the jurisdiction of this Court.

III.

DEFENDANT REAL PROPERTIES, as described above, represent properties used or intended to be used to facilitate the manufacture of an illegal substance (marijuana) with intent to distribute, in violation of the Uniform Controlled Substances Act, Title 21 United States Code, Sections 841, 846, and 856, and are forfeitable to the United States pursuant to the provisions of Title 21, United States Code, Section 881(a)(7), as more particularly set forth in the Declaration of Special Agent Cameron Wall, Internal Revenue Service-Criminal Investigation, marked as

Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, Plaintiff, United States of America, prays that due process issue to enforce the forfeiture of DEFENDANT REAL PROPERTIES, *in rem*; that due notice be given to all interested persons to appear and show cause why forfeiture of these DEFENDANT REAL PROPERTIES, *in rem*, should not be decreed; that due proceedings be had thereon; that these DEFENDANT REAL PROPERTIES be forfeited to the United States; that the Plaintiff United States of America be awarded its costs and disbursements incurred in this action.

DATED: August 29, 2018.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Katie de Villiers*
KATHERINE C. DE VILLIERS
Assistant United States Attorney

## VERIFICATION

I, CAMERON WALL declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Special Agent with the Internal Revenue Service-Criminal Investigations, and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

*s/ Cameron Wall*
CAMERON WALL
Special Agent
Internal Revenue Service-Criminal Investigations